**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 31, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00430-CV

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE V. HARRISON

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 17, 2015. The clerk's record was filed August 27, 2015. The reporter's record was filed September 11, 2015. No brief was filed.

On October 29, 2015, this court issued an order stating that unless appellant submitted a brief on or before November 30, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant failed to timely file her brief. On December 1, 2015, appellant requested until December 16, 2015, to file her brief. As of this date, no brief has been filed. Accordingly, appellee's first amended motion to dismiss is granted and the appeal is ordered dismissed for want of prosecution.


PER CURIAM


Panel consists of Justices Jamison, Donovan and Brown.